IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAUN RUSHING,

    Plaintiff,

v.                               CASE NO. 4:25cv373-RH-MAF

TALLAHASEE MEMORIAL HOSPITAL
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for lack of subject-matter jurisdiction." The clerk must close the file.

SO ORDERED on October 7, 2025.

                                      s/Robert L. Hinkle
                                      United States District Judge